UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| LEANN K. MONTES | ) | CASE NO.: 09-24119 |
| | ) | <u>CHAPTER 7 BANKRUPTCY</u> |
| | ) | |
| Debtor(s) | ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Comes now Daniel L. Freeland and respectfully represents and shows:

1. That I am the Trustee for the estate of the above-named Debtor(s).

2. That pursuant to the Claims Distribution Summary, I made distribution to the persons named and in the amount set out therein.

3. That one of the distribution payment checks, namely Check No. 102, dated April 27, 2010 in the amount of $27.65 was mailed to the payee thereof, namely Leann Montes, c/o Attorney Harry J. Zembillas, 301 S. Main Street, Crown Point, IN 46307.

4. That said check has never been presented for payment and is therefore stale, and pursuant to §347 of the Bankruptcy Code, all unclaimed monies should be paid into the Court; and accordingly I am tendering herewith my Check No. 103 in said amount payable to the Clerk, U.S. Bankruptcy Court.

Dated August 9, 2010

/s/ Daniel L. Freeland
Daniel L. Freeland, Trustee
9105 Indianapolis Boulevard
Highland, IN 46322
Telephone: (219) 922-0800

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2010, service of a true and complete copy of the above document was served by:

Electronic Notice on: United States Trustee
Harry J. Zembillas
and by regular first class mail upon:
Leann K. Montes, 2871 Tecumseh, Portage, In 46368

/s/ Daniel L. Freeland
Daniel L. Freeland, Trustee